Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 20-cv-6628

PLUSH DOZIER,
    v.

GENESEE COUNTY, WILLIAM ZIPPEL
AND JIM CONWAY

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the defendants, and the case is dismissed.


Date: January 10, 2022                                                MARY C. LOEWENGUTH
                                                                                            CLERK OF COURT

                                                                                            By: Lisa M. Duque
                                                                                               Deputy Clerk